U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 03 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

UNITED STATES

versus

ROBERT ADAMS

CRIMINAL ACTION NO. 03-50106-01
JUDGE TOM STAGG

## AMENDED JUDGMENT

Pursuant to Federal Rule of Criminal Procedure 35 and the government's motion for a reduction of sentence, the committed sentence imposed on February 26, 2004, is set aside.

Mr. Adams's sentence is due to be reduced by two levels because of his substantial assistance to the government in relation to a cocaine trafficking organization. This assistance occurred subsequent to his sentencing.

Therefore, pursuant to the Sentencing Reform Act of 1984, Robert Adams is hereby committed to the custody of the Bureau of Prisons for one hundred twenty-one (121) months.

**THUS DONE AND SIGNED** at Shreveport, Louisiana this the 3rd day of July, 2007.



JUDGE TOM STAGG